UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT M. GREENE,<br><br>         Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>         Defendants. | Case No.: 3:22-CV-00105-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 4) |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 4[1]) entered on March 7, 2022, recommending that the Court deny Plaintiff Delbert M. Greene's ("Greene"), application to proceed *in forma pauperis* (ECF No. 1), and dismiss his complaint without prejudice and without leave to amend (ECF No. 1-1). On March 14, 2022, Greene filed objections to magistrate judge's report and recommendation (ECF No. 5).

This action was referred to Magistrate Carla L. Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Baldwin's Report and Recommendation (ECF No. 4) shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** Greene's application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that the clerk of the court shall file the complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the complaint (ECF No. 1-1) is **DISMISSED, WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND.**

**IT IS FURTHER ORDERED** that the motion to amend complaint (ECF No. 6) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

Dated this 29th day of March 2022.

_____
ROBERT C. JONES
United States District Judge